1 Cyrus Safa
Attorney at Law: 282971
2 12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
3 Tel: (562)868-5886
Fax: (562)868-5491
4 E-Mail: rohlfing.office@rohlfinglaw.com

5 Attorneys for Plaintiff
NONGKHANE BOUNLUTAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONGKHANE BOUNLUTAY | Case No.: 1:13-cv-02020-BAM |
| Plaintiff, | STIPULATION TO EXTEND TIME; ORDER THEREON |
| v. | |
| CAROLYN W. COLVIN Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE BARBARA A. MCAULIFFE, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 31-day extension of time, to and including July 14, 2014, in which to file Plaintiff's settlement proposal. All other deadlines set forth in the December 21, 2013 Case Management Order shall be extended accordingly.

1  This request is made at the request of Plaintiff's counsel. Due to
2 circumstances unforeseen by Plaintiff's Counsel at the time of retention, Counsel's
3 entire case load is in the process of being reassigned. Specifically, Plaintiff's
4 Counsel has accepted a position in another city and will be moving shortly. The
5 additional time will allow for proper handling of the case in the best interest of the
6 Plaintiff. Counsel sincerely apologizes to any inconvenience this delay has on the
7 Court and its staff.

8  DATE: June 13, 2014            Respectfully submitted,
9                                  LAWRENCE D. ROHLFING
10                                          /s/ *Cyrus Safa*
11                         BY: _____
                                Cyrus Safa
12                              Attorney for plaintiff Ms. Nongkhane Bounlutay

13
14 DATE:  June 18, 2014
                                 ANDRÉ BIROTTE JR.
15                               United States Attorney
                                 LEON W. WEIDMAN
16                               Chief, Civil Division

17                                       /s/ *Mr. Armand D. Roth, Esq.*
                           BY: _____
18                              Mr. Armand D. Roth, Esq.
                                Special Assistant United States Attorney
19                              Attorneys for defendant Carolyn W. Colvin
                                |*authorized by e-mail|
20

21

22

23

24

25

26

**ORDER**

Based on the stipulation of the parties, and for good cause shown, Plaintiff shall have a 31-day extension of time, up to and including July 14, 2014, in which to file Plaintiff's settlement proposal.  All other deadlines set forth in the December 21, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 19, 2014**                    /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE